495 A.2d 937

**COMMONWEALTH, Petitioner,**

v.

**Wesley Leon HARPER.**

Supreme Court of Pennsylvania.

July 16, 1985.

Petition for Allowance of Appeal GRANTED, No. 99 E.D. Appeal Docket 1985.